# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS ALFREDO GURRY,
                    Appellant,

vs.

SHANNON MOYLE,
                    Respondent.

No. 73423

FILED

FEB 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Matt Penln*

cc:     Hon. James Todd Russell, District Judge
        Carlos Alfredo Gurry
        Attorney General/Carson City
        Attorney General/Las Vegas
        Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-05987